1030

[No. 45941-8-II. Division Two. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT CHARLES EVERETTE, *Appellant*.

 by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 46205-2-II. Division Two. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM G. JONES, *Appellant*.

 by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 46237-1-II. Division Two. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NATASHIA R. MEYER, *Appellant*.

 by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46467-5-II. Division Two. August 11, 2015.]

VALAREE DOEHNE, *Respondent*, v. EMPRES HEALTHCARE MANAGEMENT, LLC, ET AL., *Appellants*.

 by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ. Now published at 190 Wn. App. 274.